UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YIESA SHIESA JONES,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:25-cv-00731-KES-CDB (SS)<br><br>ORDER ON STIPULATION EXTENDING PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. 11) |

Pending before the Court is Plaintiff's stipulated request to extend the deadline to file a motion for summary judgment from September 12, 2025, through and including November 12, 2025. (Doc. 11).

For good cause shown by the parties' stipulated representations, it is HEREBY ORDERED that Plaintiff shall file the motion for summary judgment by no later than **November 12, 2025**. The opposition and optional reply shall be filed in accordance with the Court's scheduling order. (Doc. 5).

IT IS SO ORDERED.

Dated:   **September 10, 2025**                         _____
                                                                                 UNITED STATES MAGISTRATE JUDGE